AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

2019 OCT 22 PM 2:03

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| MICHAEL TAYLOR BRANHAM | ) | 2:19-mj-1133-mrm |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Jan. 14, 2019 to Jan. 21, 2019  in the county of  Sarasota  in the  Middle  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(e) | Making a False Threatening Communication (Fire and/or Explosive) |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Tissot, Task Force Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/22/2019

_____
*Judge's signature*

City and state: Fort Myers, Florida

Mac R. McCoy, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Christopher Tissot, being duly sworn, depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. Your Affiant is a Special Agent with the Florida Department of Law Enforcement (FDLE) assigned to the Cyber High-Tech Crimes Unit, and has been so employed since June 19, 2015. Your Affiant's current duties include cybercrime investigations, specifically network intrusion investigations, as well as cybercrime intelligence. Prior to being hired by the FDLE, your Affiant was employed with the Charlotte County Sheriff's Office (CCSO) for approximately 13 years. While employed with the CCSO, your Affiant held many different positions to include a Detective with the Criminal Investigations Division, as well as a Detective with the Major Crimes Unit. From January 2013 until June 2015, your Affiant worked full-time with the Federal Bureau of Investigation's (FBI) Child Exploitation Task Force out of the Fort Myers, Florida office. During this time, your Affiant investigated individuals who produced, possessed, and distributed child pornography via the Internet. Your Affiant investigated both state and federal child pornography violations.

2. Your Affiant is currently a Task Force Agent (TFA) with the FBI and is assigned to the Tampa Division's Cyber Crimes Task Force. Your Affiant's duties include investigating cybercrime violations, some of which include network intrusion investigations, business e-mail compromise investigations, and ransomware investigations. Your Affiant has made arrests and conducted searches pertaining to

these types of investigations. Your Affiant has attended specialized training and holds numerous certifications pertaining to cybercrime investigations, specifically network security/network intrusion investigations. During your Affiant's tenure as TFA, your Affiant has participated in numerous investigations of criminal activity, including, but not limited to, the investigation of computer intrusion matters, intellectual property rights, and child pornography violations. Your Affiant has participated in the execution of numerous search warrants and assisted in seizing evidence of various criminal violations. Many of the search warrants your Affiant has dealt with involved the use of computers and other electronic media to commit cyber-related crimes such as network intrusions and other cybercrime related violations. As a TFA, your Affiant is authorized to investigate violations of the laws of the United States and to execute arrest and search warrants issued under the authority of the United States.

3. This affidavit is submitted in support of a criminal complaint against Michael Taylor BRANHAM (DOB: March 31, 1992) ("BRANHAM") for violations of federal law, namely, 18 U.S.C. § 844(e) (Making Threats Using an Instrument of Interstate Commerce). Because this affidavit is being submitted in support of a criminal complaint, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only the facts that I believe are necessary to establish probable cause that BRANHAM has committed violations of the above-referenced statutes.

## STATUTORY BACKGROUND

4.  Under 18 U.S.C. § 844(e), "whoever, through the use of mail, telephone, telegraph, or other instrument of interstate or foreign commerce, or in or affecting interstate or foreign commerce, willfully makes any threat, or maliciously conveys false information knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, or intimidate any individual or unlawfully to damage or destroy any building, vehicle, or other real or personal property by means of fire or an explosive shall be imprisoned for not more than 10 years or fined under this title, or both."

## BACKGROUND ON INTERNET PROTOCOL (IP) ADDRESSES AND VIRTUAL PRIVATE NETWORKS (VPNs)

5.  Internet computers identify each other by an Internet Protocol or IP address. When a computer connects to the Internet, the Internet Service Provider (ISP) providing the Internet connection assigns that computer a specific numerical identifier called an IP address. The IP address allows the computer to communicate with the Internet. ISPs control blocks of IP addresses and only assign a given IP address to one customer at a time. Your Affiant knows that these IP addresses can assist law enforcement in finding a the actual physical location of a particular computer that is connected to the Internet. Once an IP address is known, a subpoena can be issued to the appropriate ISP for business records related to the subscriber assigned to that IP address at a particular time and date. The ISP will typically provide information concerning the name, address, and other identifying

information of the subscriber using the particular ISP. This process has proven to be very reliable in identifying suspects who are using the Internet to perpetrate crimes.

6. A VPN, or Virtual Private Network, refers to software that is utilized to encrypt users' Internet traffic by hiding their IP address. When an individual utilizes a VPN, their Internet traffic is routed through a remote VPN server; the server depends on which VPN service is being utilized. The VPN server then sends the Internet traffic to its destination (e.g., Google.com) with a new IP address. The new IP address is generally one that is owned/leased by the VPN company, not the IP address assigned to the individual user by their own ISP. All of the information that is sent to and from the VPN server to the individual is encrypted.

## BACKGROUND ON CLOUD COMPUTING SERVICE PROVIDERS AND DIGITAL OCEAN

7. Cloud Computing Service Providers are companies that offer network services and infrastructure in the cloud. This allows companies and businesses to rent, or lease, infrastructure and services via the Internet, instead of purchasing and storing their own physical infrastructure and storing the equipment on site. There are many companies that offer these types of services, such as Amazon, Microsoft, and Digital Ocean.

8. Digital Ocean is a company that provides cloud computing services to individuals and businesses, specifically offering "Droplets." Droplets are scalable computing platforms, or Virtual Private Servers, that allows individuals to operate servers in the cloud utilizing Digital Ocean's resources. Many businesses and

individuals utilize these cloud servers to offer VPN services to customers. Digital Ocean operates numerous servers in the United States as well as in Canada, Europe, India, and Singapore.

## BACKGROUND ON "GUERRILLAMAIL"

9. "Guerrillamail" is an anonymizing e-mail service that provides disposable temporary e-mail addresses to their customers. Their website provides their customers with a random e-mail address that can be used to send e-mails, including attachments, to any other e-mail address. Guerrillamail does not have a sign-up process that requires any identifying information, and passwords are not required to access e-mails. Guerrillamail instead provides an Inbox ID that a customer uses to access their inbox. Customers can also customize their Inbox ID if they do not want to use the randomly-generated Inbox ID provided. When that customer sends an e-mail, the Inbox ID is scrambled, so that another customer does not know the actual Inbox ID. A customer can also provide the scrambled e-mail address to receive e-mails. For example, a customer may have an Inbox ID of fdle1234@guerrillamail.com and their e-mail address would appear as fuxb9r+duz70ts41k0vw@guerrillamail.com when that customer sends e-mail to another person. All e-mail addresses last forever, and anyone can access that customer's e-mails if they know the Inbox ID. Additionally, e-mail messages are held for one hour before they are deleted, regardless of whether the customer checks their messages or not. Guerrillamail can be accessed on a desktop, and it recently launched an application on Google Play for Android users. Although Guerrillamail

5

is an anonymizing e-mail service, when an individual sends an e-mail message with the service, the individual's actual, or originating, IP address is included in the "header" information of the e-mail message.

## PROBABLE CAUSE

10. On or about November 14, 2018, your Affiant was requested to assist Task Force Officer (TFO) Alexander Grandy of the FBI with an investigation involving numerous bomb hoax e-mail messages and online tip submissions that were being sent by unknown individual(s) to a variety of government agencies throughout the United States purporting to be from an activist group called "BlackBloc."

11. Between October 29, 2018 and December 18, 2018, more than 30 bomb hoax e-mail messages utilizing the anonymous e-mail service Guerrillamail were sent to numerous government agencies and school districts throughout the United States. The content of the e-mail messages that were sent all appeared to be similar in nature. Below is an example of one of the e-mail messages that was sent utilizing the Guerrillamail service:

> Me and 7 other BlackBloc members have placed a total of 45 cyanide bombs in 16 jail facilities throughout Florida. We give you guys 5 hours to completely clear your jail facilities and the properties. The explosions will be able to reach a 1-3 mile diameter surrounding the jail facilities. We want these buildings gone and if people stay they will die but we do not want this. The countdown starts once the last warning e-mail is received by you guys and you have seen no more for a total of 6 minutes.

12. Your Affiant obtained several of the originating IP addresses that were identified in the header information of the bomb hoax e-mail messages that were

6

sent. Your Affiant utilized several publicly available databases and discovered all of the originating IP addresses were registered to the cloud infrastructure provider, Digital Ocean.

13. Your Affiant submitted a Grand Jury Subpoena to Digital Ocean requesting the subscriber information in reference to the customers who were leased/assigned the Digital Ocean IP addresses that were associated with the bomb hoax e-mail messages.

14. On November 29, 2018, Digital Ocean responded and advised that "INNOVATIVE CONNECTING PTE. LIMITED," a company registered in Singapore and based in China, was assigned the IP addresses in question. Innovative Connecting is a company that offers VPN services to its customers. Your Affiant discovered Innovating Connecting leases numerous servers, or Droplets, from Digital Ocean to support the infrastructure of their VPN service.

15. Your Affiant was able to ascertain contact information for an employee with Innovative Connecting, and subsequently served the company with a Grand Jury Subpoena requesting subscriber information in reference to the originating IP addresses that connected to their VPN servers within Digital Ocean, who were then assigned the Digital Ocean IP addresses that were used to send the bomb hoax e-mail messages. After several days of communications with Innovative Connecting, your Affiant was told they could not provide the requested information.

16. On November 29, 2018, your Affiant was made aware that an additional bomb hoax e-mail message with a similar pattern as the other bomb hoax

7

e-mail messages, was sent to Broward College in Fort Lauderdale, FL, on November 15, 2018. Your Affiant obtained a copy of the e-mail message that was sent. After examining the header information of the e-mail message, your Affiant discovered the IP address utilized to send the e-mail message was 47.199.88.76. The e-mail message was sent to "Central-admissions@broward.edu" at 14:21:57 UTC. Your Affiant discovered the e-mail message geo-located to Sarasota, Florida, and the IP address was owned by the ISP Frontier Communications. Below is the bomb hoax e-mail message that was sent from the e-mail address of "fvkgfr+5sqz4sfztbf2w@guerrillamail.com:"

> Several other blackbloc members and I have placed bombs in residential homes and hidden areas near your schools. We decided not to detonate them yesterday but we will for certain set off 7 of our 52 home school bombs if no one warns the police about blackbloc within 3.5 hours from the time these e-mails stop. Our bombs contain heavy nerve gases and have enough PSI to reach 6.39 miles. You have a few warnings to start clearing your state's schools and if we do not hear about it at least 7 of our bombs go off destroying 3 schools total.

17. Your Affiant served Frontier Communications with a Grand Jury Subpoena requesting subscriber information for the IP address of 47.199.88.76, and on December 7, 2018, Frontier Communications responded with the following subscriber information:

> E-mail Address: thebranhams7@frontier.com
> Customer Name: Michael Branham
> Account Address: 5633 Aaron Court, Sarasota, FL 34232
> Telephone Number: 941-923-8695
> Connect Date: 05-19-2011

8

18. On December 20, 2018, your Affiant made contact with Digital Ocean in reference to the above listed IP address, 47.199.88.76. Digital Ocean confirmed that the IP address has been logged in on one of Innovative Connecting's servers in the past (the VPN company), indicating the individual utilizing the IP address has *also* used the same VPN service that was used to send the other bomb hoax e-mail messages.

19. On January 18, 2019, a search warrant was signed by Judge Mac R. McCoy authorizing a search of the residence located at 5633 Aaron Court, Sarasota, FL, 34232, and authorizing the seizure and further search of computers, cell phones, and other electronic devices located in the residence (M.D.F.L. Case No. 2:19-mj-1006-MRM).

20. On January 22, 2019, the search warrant was executed at 5633 Aaron Court, Sarasota, FL, 34232. During the search warrant, numerous electronic items were seized, including an Apple iPhone 7 (S/N C7CXR1AEHG6X) (the "iPhone"), identified as belonging to BRANHAM, a resident of 5633 Aaron Court, Sarasota, FL, 34232. BRANHAM was in possession of the iPhone when encountered by agents executing the search warrant, he provided agents with a passcode to access the phone, and he told agents he was the only person who used that particular iPhone. Through interviews conducted during the execution of the search warrant and on-scene digital forensic previews conducted of the iPhone, Branham was identified as the likely sender of the bomb hoax e-mail messages being investigated.

21. A subsequent digital forensic examination of the iPhone revealed numerous digital forensic artifacts in support of BRANHAM having utilized his iPhone to send the bomb hoax e-mail messages being investigated. Notably, three bomb hoax messages typed in the "notes" application on his iPhone were identical in wording to bomb hoax tip submissions and an e-mail message that had recently been sent to (1) the FBI's National Threat Operations Center (NTOC) on January 14, 2019, (2) the Manatee County (FL) School District on January 19, 2019, and (3) Los Angeles Regional Crime Stoppers on January 21, 2019.

22. The bomb hoax online tip submission that had been sent to the FBI's NTOC via tips.fbi.gov on or about January 14, 2019, read as follows:

> I have placed bombs at various police stations including 475 S 300 E Salt Lake City, Utah, 84111, 10000 Centennial Parkway #111, Sandy, Utah 84070. There is more in residents houses near other police stations also. I will set off at least 70 of these bombs in the next 5 hours if someone does not have a news radio station mention the massacre of the Mormons. Hurry up or many people WILL be killed!

This exact verbiage was located in the "notes" application on BRANHAM's iPhone, and the created date and time of this message on BRANHAM's iPhone was January 14, 2019 at 6:07:00 PM EST. The IP address utilized to submit the tip was "162.220.220.61." Your Affiant's investigation revealed that this IP address was owned by ANEXIA, Inc. and leased to a company called IAC Search and Media Europe, Ltd. This company is the owner of the Apalon VPN application that was discovered to be installed on BRANHAM's iPhone.

23. The bomb hoax e-mail sent to the Manatee County (FL) School District ("eubanksj@manateeschools.net ") on or about January 19, 2019, read as follows:

> I AM WITH ANTIFA I HAVE PLACED BOMBS NEAR JAILS, COURTS AND SCHOOLS IN SARASOTA, MANATEE, AND BRADENTON COUNTIES IN THE PAST 2 DAYS. THERE ARE 70 BOMBS TOTAL AND ENOUGH TO KILL 1,118 PEOPLE. WE HIVE YOU 6 AND A HALF HOURS TO CLEAR EVERY MENTIONED FACILITY IN THESE COUNTIES OR SOME OF THE BOMBS ARE GOING OFF AND PEOPLE WILL BE KILLED.

This exact verbiage was located in the "notes" application on BRANHAM's iPhone with one exception: the message on BRANHAM's iPhone states "WE HIVE YOU 6 AND A HALF HOURS," whereas the bomb hoax e-mail message sent to the Manatee County (FL) School District states, "WE HIVE YOU 7 HOURS."

The created date and time of this message on BRAHAM's iPhone was January 18, 2019 at 8:17:51 PM EST.

24. The bomb hoax online tip submission[1] sent to Los Angeles Regional Crime Stoppers on or about January 21, 2019, read as follows:

> My name is Scott Gotlieb I am in Woodland Hills, CA I am with ISIS. We have set 501 bombs near courts, jails, and schools throughout California the past year with radiuses of 2-7mi. We are setting 11 of them off this morning if someone does not come to my house and trade me $15,000 for my PC and cell phone detonators. HURRY UP.

This exact verbiage was located in the "notes" application on BRANHAM's iPhone, and the created date and time of the message on BRANHAM's iPhone was January

---

[1] This online tip submission to the Los Angeles Regional Crime Stoppers had actually been electronically submitted multiple times on January 21, 2019, including at 12:51:28 AM EST, at 12:51:57 AM EST, at 1:02:30 AM EST, and at 1:03:04 AM EST.

21, 2019 at 12:42:06 AM EST. The IP address utilized to submit the tip was "162.243.160.71." Your Affiant's investigation revealed that this IP address was owned by Digital Ocean, Inc. and leased to HiMobi Tech Ltd. A forensic review of BRANHAM's iPhone revealed numerous IP addresses in a "vpn.sqlite" database that are similarly owned by Digital Ocean and leased to HiMobi Tech Ltd.

## CONCLUSION

25. Based upon the above information, probable cause exists to believe that BRANHAM has committed violations of 18 U.S.C. § 844(e) (Making Threats Using an Instrument of Interstate Commerce) in the Middle District of Florida between January 14, 2019 and January 21, 2019. Thus, your affiant respectfully requests that this court authorize a criminal complaint against BRANHAM.

Respectfully submitted,

_____
CHRISTOPHER TISSOT
Task Force Agent
FBI

Subscribed and sworn to before me
on October 22, 2019.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

12